FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

06 JAN 20 PM 3:20

OFFICE OF THE CLERK

**SEALED**

W_____ S_____ NP_____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 8:06CR *19* |
| ) | |
| vs. ) | INDICTMENT |
| ) | |
| HECTOR BARRIENTOS, ) | 21 U.S.C. § 846 |
| JOSE ALVAREZ-CORIA, a/k/a "Chuey", ) | 21 U.S.C. §§ 841(a)(1) & (b)(1) |
| JUAN VARGAS and ) | |
| LETICIA BARRIENTOS, ) | **JUDGE SMITH CAMP** |
| ) | |
| Defendants. ) | **MAGISTRATE JUDGE GOSSETT** |

The Grand Jury Charges:

COUNT I

From an unknown date but at least as early as June 1, 2004, up to and including September 30, 2004, in the District of Nebraska and elsewhere, HECTOR BARRIENTOS, JOSE ALVAREZ-CORIA, a/k/a "Chuey", JUAN VARGAS and LETICIA BARRIENTOS, Defendants herein, did knowingly and intentionally combine, conspire, confederate and agree together and with other persons, both known and unknown to the Grand Jury, to distribute and possess with intent to distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1).

In violation of Title 21, United States Code, Section 846.

A TRUE BILL:

_____
FOREPERSON

_____
MICHAEL G. HEAVICAN
United States Attorney

The United States of America requests that trial of this case be held at Omaha, Nebraska, pursuant to the rules of this Court.

_____
NANCY A. SVOBODA
Assistant United States Attorney