IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>JOSE ALVAREZ-CORIA,<br><br>          Defendant. | 8:06CR19<br><br>**MEMORANDUM AND ORDER** |

This case is before the Court on the Defendant's pro se motion for a reduction in sentence (Filing No. 243).

The Defendant argues that, as an alien, he is entitled to a one-year reduction in his sentence through the Bureau of Prisons drug program and early release to a halfway house under the Equal Protection Clause of the United States Constitution. The Eighth Circuit Court of Appeals Alvarez-Cori has denied numerous similar claims. *See, e.g., United States v. Bobinger,* 2010 WL 3154962, at 1 (8th Cir. Aug. 9, 2010).

IT IS ORDERED:

1. The Defendant's motion for a reduction in sentence (Filing No. 243) is denied; and

2. The Clerk is directed to mail a copy of this Memorandum and Order to the Defendant at his last known address.

Dated this 24th day of August, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge